```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :           08cr823 (DLC)
              -v-                      :
                                       :           ORDER
FRANKLIN ESTRELLA,                     :
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

On May 26, 2020, defendant Franklin Estrella filed an emergency motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). It is hereby

ORDERED that the Government shall file its response to the May 26 motion by **June 8, 2020.**

IT IS FURTHER ORDERED that, in its response, the Government shall indicate whether Estrella will be promptly deported if his sentence is modified or reduced pursuant to § 3582(c)(1)(A).

Dated:    New York, New York
          May 28, 2020

                              _____
                                      DENISE COTE
                              United States District Judge