```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
              -v-                      :     08cr823 (DLC)
                                       :
FRANKLIN ESTRELLA,                     :         ORDER
                                       :
                   Defendant.          :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    On May 26, 2020 Franklin Estrella filed an emergency motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) based on his existing health conditions in conjunction with the COVID-19 global health emergency.  On June 11, the Court granted Estrella's motion.

    Accordingly, it is hereby

    ORDERED that Estrella's sentence is reduced to time served, subject to the conditions set forth below.

    IT IS FURTHER ORDERED that the United States Attorney's Office and the BOP shall take all reasonable steps to release Estrella as soon as his health and circumstances permit to ICE custody pursuant to the detainer for removal to the Dominican Republic.

    IT IS FURTHER ORDERED that Estrella may be released solely to ICE custody in order for him to be removed to the Dominican Republic.  Should that release and removal not be possible for

any reason, then Estrella's sentence shall not be reduced and he shall not be released from BOP custody until the completion of his original sentence.

Dated:     New York, New York
           June 12, 2020

```
                                    _____
                                           DENISE COTE
                                    United States District Judge
```